IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HANOVER INSURANCE COMPANY,** | |
| Plaintiff, | CASE NO. 8:14CV39 |
| vs. | ORDER OF DISMISSAL |
| **UNION PACIFIC, UNION PACIFIC RAILROAD, UNION PACIFIC CORPORATION, STREAMLINE, A Union Pacific Company;** | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 15). The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Defendants Union Pacific Corporation, Union Pacific, and Streamline will be dismissed from this action without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 15) is approved;

2. Defendants Union Pacific Corporation, Union Pacific, and Streamline are dismissed without prejudice; and

3. The Clerk will adjust the caption accordingly.

Dated this 3rd day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge